# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| AVVA, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-3168-S |
| | § | |
| AVAMOBILITY, INC. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the Court **DENIES** Plaintiff AVVA, Inc.'s Motion for Entry of Default Judgment [ECF No. 13].

**SO ORDERED.**

SIGNED August 28, 2026.

**UNITED STATES DISTRICT JUDGE**